# ELECTRONIC RECORD

COA # 03-13-00589-CR                     OFFENSE: OTHER CRIMINAL

STYLE: Roger Eugene Fain v. The State of Texas          COUNTY: Williamson

COA DISPOSITION: AFFIRMED                TRIAL COURT: 26th District Court

DATE: 5/7/15              Publish: NO    TC CASE #: 95-112-K277

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Roger Eugene Fain v. The State of Texas          CCA #: 615-15

_____PRO SE_____ Petition                CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:      DATE: _____

_____REFUSED_____                        JUDGE: _____

DATE: 06/24/15                           SIGNED: _____     PC: _____

JUDGE: Per Curiam                        PUBLISH: _____    DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**